# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5122**

**September Term, 2024**

**1:25-cv-00698-TSC**

**Filed On:** April 17, 2025

Climate United Fund, et al.,

      Appellees

    v.

Citibank, N.A.,

      Appellee

Environmental Protection Agency and Lee M.
Zeldin, in his official capacity as
Administrator, United States Environmental
Protection Agency,

      Appellants


     **BEFORE:**    Pillard, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for stay pending appeal, it is

    **ORDERED** that appellants may file, by 5:00 p.m. on April 19, 2025, an amended stay motion addressing the district court's April 16, 2025 memorandum opinion. Any responses are due on April 22, 2025, and coordination of responses to avoid duplication is strongly encouraged. Any reply is due on April 23, 2025.

### Per Curiam

                      **FOR THE COURT:**
                      Clifton B. Cislak, Clerk

            BY:    /s/
                      Amy Yacisin
                      Deputy Clerk